UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

OMAR DUPRAZ CRITTINGTON

Plantiff,

vs.

GARRY L. MCFADDEN, JONES, BLACK
BOMASH, JHONSON, GRADY
MORE, FORD, ICE, INGRANE
HASSAAN

Defendant(s).

COMPLAINT

Case No. 3:25-cv-104-MR

## A. JURISDICTION

Jurisdiction is proper in this court according to:

__✓__ 42 U.S.C. §1983

_____ 42 U.S.C. §1985

_____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Omar D. Crittington
   Address: P.O. Box 32367
   Charlotte N.C. 28234

2. Name of Defendant: Garry L. McFadden
   Address: Mecklenburg County Sheriff's Office
   700 East Fourth St.
   Charlotte N.C. 28202

   Is employed as __Sheriff__ at __MSCO__
   (Position/Title)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___ , if "YES" briefly explain:
He is the Sheriff of the Mecklenburg County Sheriff's Office (MCSO). In his Official Capacity

3. Name of Defendant: Nurse Jones
   Address: 700 East Fourth St
   Charlotte, N.C. 28202

   Is employed as __Nurse__ at __MCSO__
   (Position/Title)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___ , if "YES" briefly explain:
   She is one of the sick call Nurse's.
   In her individual capacity

4. Name of Defendant: Nurse Black
   Address: 700 East Fourth St.
   Charlotte, N.C. 28202

   Is employed as __Nurse__ at __MCSO__
   (Position/Title)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___ , if "YES" briefly explain:
   He is one of the sick call Nurse's.
   In his individual capacity

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

As a pretrial detainee I have a 4th, 5th, 8th and 14th Amendment right to medical care, To be secur in my persons, papers and private property. Most of all to have equal protection of the law.

Case 3:25-cv-00104-MR   Document 1   Filed 02/11/25   Page 2 of 13

# B. PARTIES

5. Name of Defendant: Dr. Romash
   Address: 700 East Fourth St.
   Charlotte, N.C. 28202

   Is employed as a Doctor at MCSO
   YES!, the defendant was acting under the Authority of color of the state law at the time.
   Dr. Romash is one of the providers at the Jail
   In her individual capacity.

6. Name of Defendant: Nurse Grady
   Address: 700 East Fourth St.
   Charlotte, N.C. 28202

   Is employed as a Nurse at MCSO
   YES!, the defendant was acting under the Authority of color of the state law at the time.
   Ms. Grady is one of the Charge Nurses.
   In her individual capacity

7. Name of Defendant: Nurse More
   Address: 700 East Fourth St.
   Charlotte, N.C. 28202

   Is employed as a Nurse at MCSO
   YES!, the defendant was acting under the Authority of color of the state law at the time.
   In her individual capacity.
   Ms. More is one of the Nursing Staff. In her indi

8. Name of Defendant: Officer Hassaan
   Address: 700 East Fourth St.
   Charlotte, N.C. 28202

   Is employed as an Officer at MCSO
   YES!, the defendant was acting under the Authority of color of the state law at the time.
   Mr. Hassaan is an P.O.D. officer.
   In his individual capacity

1 of 2

# B. PARTIES

9. Name of Defendant: Nurse Ford
   Address: 700 East Fourth St.
   Charlotte N.C. 28202

   Is employed as a Nurse at MCSO
   YES!, the defendant was acting under the Authority of color of state law at the time.

   Ms. Ford is one of the Nursing staff.
   In her individual capacity

10. Name of Defendant: Nurse ICE
    Address: 700 East Fourth St.
    Charlotte N.C. 28202

    Is employed as a Nurse at MCSO
    YES!, the defendant was acting under the Authority of color of state law at the time.

    Ms. ICE is the infirmary Nurse.
    In her individual capacity

11. Name of Defendant: Nurse Ingrane
    Address: 700 East Fourth St.
    Charlotte N.C. 28202

    Is employed as a Nurse at MCSO
    YES!, the defendant was acting under the Authority of color of state law at the time.

    Ms. Ingrane is a Charge Nurse.
    In her individual capacity

12. Name of Defendant: Transport Officer Jhonson
    Address: 700 East Fourth St.
    Charlotte, N.C. 28202

    Is employed as a Transport officer (T/O) at MCSO
    YES!, the defendant was acting under the Authority of color of state law at the time.

    Ms. Jhonson is a Transport officer.
    In her individual capacity

## C. NATURE OF CASE

Nurse Jones and Black refused to give me medical care by refusing to address my sick calls. Dr. Romash and Nurse INGRAINE refused to treat my symptoms as I addressed them, Not given me the standard of care for my condition. Each of them knowinaly violated My 8th Amendment right to get medical care.

Nurse's Grady, More, Ford, ICE along with officers, Jhonson and Hassaan violated My Hippa right to privatice.

Therefore each defendant will be sued in there individual capacity.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Amendment IV, I, VIII and XIV. Unconstitutionally Inadequate Medical Care, deliberate indifference, Hippa law, Right to privatice, failure to protect, Jail conditions.

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

On June 15th I was expriencing a feeling as if something was Shoting under my skin almost like the needal of a TB teste. I put in sick call #1690665 stating something was crwlling under under my skin. I was called to the appointment the 16th

b. (1) Count 2: Amendment IV, X, VIII and XIV Hippa violation

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

October 17th I was taken to the Dermatology's by transport Officer (T/O) Thonson. Upon my return T/O Thonson gave nurse Grady the medical dispostion from the dermatology's. She opened it and abruptly YELLED OUT "YOU GOT IT!" drawing the attention

## E. INJURY

How have you been injured by the actions of the defendant(s)?

I sustained physical injuries do to the mights. I suffer from anxiety, depression, mental anguish, pain and suffering, mental duress and panic attacks. Also physical and mental damage, defamation, threates and harassmet.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

   Plaintiff(s):_____

   Defendants(s):_____

2. Name of court and case or docket number:

   _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

   _____
   _____
   _____

4. Issued raised:

   _____
   _____
   _____
   _____

5. When did you file the lawsuit?_____
                                   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES _____ NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

# D. CAUSE OF ACTION
## Count #1:

Which was the next day I informed Nurse Jones of how I was feeling I pointed out some hive type bumps in the pits of my arms in the joints of my legs and arms then informed her that the same type bumps were in my front and back privet airy's. I told her that the itching feeling became worse at night, all over my body but mostly my head and face. Nurse Jones said it was a rash and gave me 25mg Hydrocortisone cream 5%. I told her it was more then a rash and I thought I hade some type of skin might. She laught stating I was crazy and refused to give me any farther treatment. Me being in dier need of relife I took the cream, and she told me that if it didn't do anything to put in a follow up sick call. I used the cream as directed until it ran out which was 3 days I found no relife in the cream. So June 22ed 2024 I put in my first follow up sick call #1693254 which informed the sick call screening staff that the cream didn't work. The responce;" You got cream less then a week ago what dose patient use at home for skin. One day between the 24th throught the 28th I was called to Clinice B (the same place where sick call appointments are conducted.) to see the Mental Health provider. I seen Nurse Jones and stated;"I know that was you that responded to my sick call that was not funny." She stated;"How did you know" laughting then went on to say;"Boy it ain't nothing wrong with you with your crazy self go on in there to see Mental Health". I told her; the only thing wrong with me is this itching, it feels like bug's on me. are you going set me an appointment to see the provider." She said;"Yes" I gave it some time but she never set the appointment. So on July 1st 2024 I put in Sick call #1696939 and requested to see the Doctor, Nurse Black asked which Doctor I was referring to Medical or Mental Health,. On July 2ed I put in sick call #1697331 stating the medical Doctor. Nurse Black asked "What is you need." Me being pissed off because I know all of my sick call request are right there on the screen he's looking at I gave it some time. July 13th sick call #1701933 I requested to be tested for parasites. Nurse Black responed;"We don't perform random test with out showing symptoms. July 14 I put Sick call #1702390 telling them that I have infact shown Nurse Jones the symptoms!." He stated;"will consult with provider."

I waited to see the out come. Almost 30 day's after I seen that I was being refused adequate medical care and the Sick call staff was infact violating my 8th Amendment right to medical care. I wrote my first Grievance #1737516 on September 9th 2024. On the 12th I put in another Sick call # 1738713 Re-requesting a testing for parasites Nurse Jones once again knowing that I am addressing a serious issue and faild to provide me with any type of treatment. She responed by asking me what kind. So me being in serious need of aid I put in Sick call # 1739576 on Sep. 14th requesting once again to be tested for scabies. Nurse Jones once again playing a game asked me what I used to condition my skin and scalp. Therefor I filed my 2ed grievance on the 15th of Sep. # 1740054. I put in yet another sick call # 1740208 on the 16th informing staff that sick call # 1739576 was not about what I used to moisturize my skin with. That day an appointment was made. I was seen by Nurse Ford on the 20th She told me that she would add me on to see the provider the next week. The 25th I went to see Dr. Romash. I informed her of my symptoms even showed her infected area's and requested to to be tested for scabies. The first thing she said was I don't see anything wrong, but I don't know about you people's skin. Which really pissed me off. So I asked her why did she become a Doctor, to help people Right? She Said Yes. I went on to state you did know that one day you would have to work on, as you said, Doc... "YOU PEOPLE" one day right? I could see the inpact of the state-ment hitting home and she begain to apologize at once. Which I quickly dismissed and got back to the topice at hand. I requested a skin test. She told me that she did not have the equipment to do the test and said she will give me T-gel and Hydrocortis-one 2.5% and do to me being in full restraints officer was called into remove them. So I could show Dr. Romash my legs and feet she said she didn't think it was Scabies. I said your guest could be wrong could you give me the standard of for the condition, which the symptoms point to. I ask her, as a Doctor is it you job to provent the spred of of infectious disease, so for you to act as if you can't see all the symptoms of scabies then your setting yourself up for a class action Claim. She said she had been a Doctor for over 20 years and if I had Scabies I couldn't sit there I would be Jumping around Scratching. I said Doctors

Page 2 of 4

missdiagnosis people all the time the officer agreed. Nurse Smith hearing the situation becoming out of heand steped into the room. Dr. Romash gave her the orders as the officer replaced the full restraint's befor we steped out of the room and Nurse Smith went to retrived the item's. Dr. Romash started to talk to Charge Nurse Ingrave about my situation whom begaind yelling at me as if she wanted to jump on me. Stating Dr. Romash has been doing this over 20 years she know what she is doing I have over 16 years. I even worked in the ER and have seen a number of scabies case's you don't have that you may have some Mental Health Issues on the other hand then walked off about this time Nurse Smith came back and begained to goggle all the symptoms that I stated and begained informing Dr. Romash that the symptoms mached up to what I was saying and told her that she may want to take my situation more serious, but Dr. Romash cut her off and said let him use the item's that I gave him for now he will be back in two week's. October 8th 2024 I filed yet another sick call # 1749372 stating that there was no change in my condistion I was then informed of the appointment to see the dermatology's. I went to medical on the 14th and was told about the appointment in person.

## Count #2:

of Officer's, Inmates and Nursing Staff. Nurse More ran to Nurse Grady's side to read the form's, Nurse Ford yelled out "HE GOT WHAT!" Laughing A unknown Nurse sitting behind me to my left jokingly yelled out HERPES. Nurse Smith ran out of her work station to see what was going on as well as Dr. Romash at this time Nurse Grady was acting as if she was scratching at her left arm then stated you got scabies. T/O Jhonson yells "I got to tell Sgt. Siver this, she left. I was so humiliated. I was placed in a holding cell and told that I would be took to the infirmary so the scabies wouldn't be spred. I said its a bit late for that one. I've been around a number of people in the past 5 month's. When T/O Jhonson returned she had on a full protective Med Suit. It was done more so for show rather the to protected her from anything hell she's been with me all day without it even had to rap her arms around me to put on the full restraint's and to take them off. She walked me down the hall. TRU Officer's Huff Rentink and other unknown TRU Officer's were on the way toward's us TRU

Officer Huff asked T/O Jhonson what was wrong. T/O Jhonson loudly states He Got Scabies move out the way. Which sent the band of TRU Officer's runing the other way. When I got into the infirmary office Baker tryed to put me into a cell that was unclean. therefore I refused to go into the cell until it was cleaned out. I informed them that this is how I contracted scabies in the first place it is the duet of the jail staff to maintain the up keep of the jail and protect the inmates from these type's of out brack's. At this time TRU Officer Smith, dressed in the same Med Suit as T/O Jhonson (Mind you when I walked into the infirmary there was a number of inmates already in there Standing by the entrance about 5 or 6 guy's. Nurse ICE told them to move out the way This guy has Scabies.) I addressed the situation to him. He Stated that I was right and asked the guy's from Spangerler to spray the cell down. I took this time to ask TRU Officer Smith why he had on the med suit. He told me that I was the talk of the Jail. He Said Crittington I fuck's with you but not that much. I can't take that scabies shit home to my wife. At this time Sgt. Wright came with a bed roll. She Said T/O Jhonson told me about your situation I got you new sheets. A unknow Sergeant came to my cell door after the cell had been cleaned. He told that he respected what I was saying but it kind of defeat's the purpous seeing that I already got it. The Nurse Said you will come out of here tomorrow after you have used the Cream and washed it off. I asked him who told him that and why are they telling you my Medical history. He noded to nurse ICE When he walked off. Nurse ICE (trying to be funny I guess.) Sprayed the Sergeant down with a unknown spray. Capt. McFarly Came to address the cell situation. He stated man why are you are you trying to pass that stuff around. I asked him why he didn't do that 5 months ago befor I got it. He Just walked off. Nurse ICE again with the Spray. This is Grievance # 175447l which was wrote on Oct. 21 2024 along with Grievance # 1754493. Which took place in pod 5800 at the same time that I was being placed in the infirmary. Office Hassaan whom was working the pod. Told the inmates that I had scabies which weppenized the inmates against me. When I returned to the pod the Next Day which was the 18th a number of Inmate's came to me with threats of causing me harm and wanting to fight me.

Page 4 of 4

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Each defendant excluding Mr. McFadden are being sued in there individual capacity for the sum of $90 million in damages. I am still seeking medical treatment for the mights because the permethrin cream did not work and I am requesting that each inmate I've been housed with get treatment as well.

JURY TRIAL REQUESTED    YES ✓   NO ____

Signed at **MCSO pod 6900 cell 20** on **2024 December 12**.
(Location)                                              (Date)

*Signature*

Address: P.O. Box 31367
Charlotte, N.C. 28234

Phone:
E-Mail:

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

I declare under penalty of perjury that the information contained in this statement is true and accurate to the best of my knowledge. I also declare under penalty of perjury that a copy of this document was mailed to:
CLERK OF COURT; Room 210, 401 W. Trade St. Charlotte, NC. 28202, and
J. Georg Guise Counsel for the MCSO at address 801 East Fourth St. Charlotte, N.C. 28202

This the 31 day of December, 20 24.

_____
Signature

Omar D. Crittington
(Print Name)